UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 26, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ROBERT HUMISTON,

        Defendant.

Case No.  2:25-cr-00046-DC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERT HUMISTON, Case No.

2:25-cr-00046-DC , Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

    x   Unsecured Appearance Bond $   10,000.00 _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

    x   (Other): Released forthwith with terms as stated on the record. Following release, defendant must directly report to the Probation Office at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814. If defendant's release occurs after 5:00 p.m., defendant shall report to the Probation Office at 8:30 a.m. on the following day.

_____

Issued at Sacramento, California on May 26, 2026, at 3:20 PM

By: _____

        Magistrate Judge Sean C. Riordan