IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HUMISTON,<br><br>　　　　　　　Defendant. | CASE NO. CASE NO.  25-CR-046-DC<br><br>[PROPOSED] ORDER SEALING THE DEFENDANT'S PROTECTED HEALTH RECORDS. |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that Mr. Humiston's Veteran's Affairs (VA) medical records – (Exhibits 1-3) tendered at the Detention Hearing be sealed.  The Defendant's Request to Seal and Exhibits 1-3 shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated: May 29, 2026

_____
THE HONORABLE SEAN C. RIORDAN
United States Magistrate Judge