Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street
2nd Floor
Sacramento, CA 916814
916-441-4717
Fax:916-441-4299
kyleknapp@sbcglobal.net


Attorney for Defendant
Robert Humiston

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT HUMISTON,<br><br>Defendants. | ) Case No. 25-CR-0046-DC<br>)<br>) **STIPULATION AND ORDER TO CONTINUE**<br>) **ADMIT OR DENY HEARING & EXCLUDE**<br>) **TIME**<br>)<br>) Date: June 24, 2026<br>) Time: 9:30 a.m.<br>) Judge: Hon. Dena Coggins<br>) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney, Ross Pearson, counsel for Plaintiff and Kyle Knapp, counsel for Robert Humiston that the Admit or Deny Hearing currently set for June 24, 2026, at 9:00 a.m. be continued to August 21, 2026, at 9:30 a.m.

The parties specifically stipulate as follows:

1.     By previous order, this matter was set for an Admit or Deny Hearing on June 24, 2026, at 9:30 a.m.

2.     By stipulation, Mr. Humiston now moves to continue the Admit or Deny Hearing to August 21, 2026, at 9:30 a.m.

3.     Counsel for the defendant has just recently received full discovery on the alleged violations. In addition, the government indicated that new criminal charges were forthcoming.

4.    In the interests of a potential global resolution, we need to move the present hearing.

5.    Mr. Humiston requires additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for his hearing.

6.    Mr. Humiston believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7.    The government joins in this request and does not object to the requested continuance.

Respectfully submitted,

Date: June 18, 2026                    /s/  Kyle Knapp
                                       Kyle Knapp
                                       Attorney for Mr. Humiston


Date: June 18, 2026                    ERIC GRANT
                                       United States Attorney

                                       /s/ Ross Pearson
                                       Ross Pearson
                                       Assistant United States Attorney
                                       Attorneys for Plaintiff

Stipulation and Order to Continue Admit or          -2-                    *United States v. Humiston.*
Deny Hearing                                                               25-CR-49-DC

# O R D E R

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on June 18, 2026 (Doc. No. 26), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Violation (Admit/Deny) Hearing scheduled for June 24, 2026, is VACATED and RESET for August 21, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:   **June 22, 2026**

_____
Dena Coggins
United States District Judge