Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street
2nd Floor
Sacramento, CA 916814
916-441-4717
Fax:916-441-4299
kyleknapp@sbcglobal.net

Attorney for Defendant
Robert Humiston

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT HUMISTON,<br><br>Defendants. | Case No. 25-CR-00046-DC<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT OR DENY HEARING & EXCLUDE TIME**<br><br>Date: August 21, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney, Cynthia DeSilva, counsel for Plaintiff and Kyle Knapp, counsel for Robert Humiston that the Admit or Deny Hearing currently set for August 21, 2026, at 9:00 a.m. be continued to August 28, 2026, at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for an Admit or Deny Hearing on August 21, 2026, at 9:30 a.m.
2. By stipulation, Mr. Humiston now moves to continue the Admit or Deny Hearing to August 28, 2026, at 9:30 a.m.
3. Counsel for the defendant recently received a plea agreement and the parties are trying to proceed with a plea to new charges via an Information at the next court

date. We will proceed via a waiver of indictment and go before the Magistrate Court as soon as possible.

4. In the interests of a potential global resolution, we need to move the present hearing.

5. Mr. Humiston requires additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case.

6. Mr. Humiston believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government joins in this request and does not object to the requested continuance.

Respectfully submitted,

Date: August 18, 2026

*/s/ Kyle Knapp*
Kyle Knapp
Attorney for Mr. Humiston

Date: August 18, 2026

ERIC GRANT
United States Attorney

*/s/ Cynthia DeSilva*
Cynthia DeSilva
Special Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on August 28, 2026 (Doc. No. 28), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Violation (Admit/Deny) Hearing scheduled for August 21, 2026, is VACATED and RESET for August 28, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Dena Coggins
United States District Judge