UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT HUMISTON,<br>Defendant. | No. 2:25-cr-00046-DC-1<br><br>ORDER RELATING AND REASSIGNING CASE |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT HUMISTON,<br>Defendant. | No. 2:26-cr-00146-DAD-1<br>**New Case No. 2:26-cr-00146-DC-1** |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123. Here, judicial economy is best served if the new action is reassigned to the court assigned to the earlier criminal actions because these cases involve the same parties and/or witnesses, are based on the same or similar facts, and reassignment to the same district judge would avoid substantial duplication of labor by the court.

/////

Relating the cases under Local Rule 123, however, merely has the result that the actions are assigned to the same judge, it does not consolidate the actions.

The court hereby orders that the recently filed action, Case No. 2:26-cr-00146-DAD-1, is reassigned to District Judge Dena M. Coggins, and the caption shall read 2:26-cr-00146-DC-1.

IT IS SO ORDERED.

Dated: **August 21, 2026**

Dena Coggins
United States District Judge